```
                                              FILED

                                         2007 OCT 19  AM 11:20

                                         CLERK US DISTRICT COURT
                                         SOUTHERN DISTRICT OF CALIFORNIA

                                         BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07 CR 2917 BTM |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| JOSE MANUEL MARENTES-PICO, ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with |
| Defendant. ) | Intent to Distribute |

The grand jury charges:

Count 1

On or about July 25, 2007, within the Southern District of California, defendant JOSE MANUEL MARENTES-PICO did knowingly and intentionally import 100 kilograms and more, to wit: approximately 127 kilograms (279.40 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

CJB:fer:San Diego
10/18/07

<u>Count 2</u>

On or about July 25, 2007, within the Southern District of California, defendant JOSE MANUEL MARENTES-PICO did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 127 kilograms (279.40 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: October 19, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney