```
                                              FILED

                                          2007 OCT 19  AM 11:21

                                          CLERK US DISTRICT COURT
                                          SOUTHERN DISTRICT OF CALIFORNIA

                                          BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 CR 2917 BTM

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| JOSE MANUEL MARENTES-PICO, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

   Please take notice that the above-entitled case is related to <u>United States of America v. Jose Manuel Marentes-Pico</u>, Criminal Case No. 07CR2313-BTM.

   DATED: October 19, 2007.

                                    KAREN P. HEWITT
                                    United States Attorney

                                    CARLA J. BRESSLER
                                    Assistant U.S. Attorney