| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| | ANDREW G. SCHOPLER |
| 2 | Assistant U.S. Attorney |
| | California State Bar No. 236585 |
| 3 | United States Attorney's Office |
| | 880 Front Street, Room 6293 |
| 4 | San Diego, California 92101-8893 |
| | Telephone: (619) 557-5836/(619) 235-2757 |
| 5 | Email: Andrew.Schopler@usdoj.gov |
| | Attorneys for Plaintiff |
| 6 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2917-BTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| JOSE MANUEL MARENTES-PICO | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

Andrew G. Schopler

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4 | association):
5 | <u>Name</u> (If none, enter "None" below)
6 | NONE
7 | Please call me if you have any questions about this notice.
8 | DATED: November 13, 2007

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Andrew G. Schopler
_____
Andrew G. Schopler
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

|   |   |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR2917-BTM |
| Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| JOSE MANUEL MARENTES-PICO ) | |
| Defendant. ) | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

    I, ANDREW G. SCHOPLER, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action.  I have caused service of a NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

DANIEL CASILLAS

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on November 13, 2007.

        s/ Andrew G. Schopler
        ANDREW G. SCHOPLER

3