**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 07CR2917-BTM |
| Plaintiff, | ) | |
| | ) | **ORDER CONTINUING** |
| | ) | **SENTENCING HEARING** |
| v. | ) | |
| | ) | |
| JOSE MARENTES-PICO, | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE BEING SHOWN, the parties' joint motion to continue the sentencing hearing presently set for February 26, 2008 at 2:00 p.m. is hereby GRANTED. The sentencing hearing shall be held on March 28, 2008, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: February 22, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge