DANIEL CASILLAS, ESQ., SBN 110298
Attorney at Law
101 West Broadway, Suite 1950
San Diego, California 92101
Tel: (619) 237-3777
Fax: (619) 238-9914
Email: dcesq1@sbcglobal.net

Attorney for Defendant
JOSE MARENTES-PICO

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE BARRY T. MOSKOWITZ)**

| UNITED STATES OF AMERICA, | Criminal Case No. 07CR2917-BTM |
|---|---|
| Plaintiff, | |
| vs. | **JOINT MOTION TO CONTINUE SENTENCE HEARING DATE** |
| JOSE MARENTES-PICO, | |
| Defendant. | |

THE PARTIES, the Plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Andrew Schopler, Assistant United States Attorney, for the Southern District of California, and the defendant, JOSE MARENTES-PICO, by and through his counsel, Daniel Casillas, jointly move to continue the Sentencing Hearing in this case from May 9, 2008, at 9:00 a.m., to July 3, 2008, at 9:00 a.m., before the Honorable BARRY T. MOSKOWITZ.

Dated: May 5, 2008                                      Dated: May 5, 2008


 *s/Andrew Schopler*                                     *s/Daniel Casillas*
ANDREW SCHOPLER                                          DANIEL CASILLAS
Assistant United States Attorney                         Attorney for Defendant