# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 07CR2917-BTM |
| Plaintiff, ) | |
| ) | **ORDER CONTINUING** |
| ) | **SENTENCING HEARING** |
| v. ) | |
| ) | |
| JOSE MARENTES-PICO, ) | |
| ) | |
| Defendant. ) | |

FOR GOOD CAUSE, the parties' joint motion to continue the sentencing hearing presently set for May 9, 2008, at 9:00 a.m., is hereby GRANTED. The sentencing hearing shall be held on July 3, 2008, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: May 5, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge