1  DANIEL CASILLAS, ESQ., SBN 110298
   Attorney at Law
2  101 West Broadway, Suite 1950
   San Diego, California 92101
3  Tel:  (619) 237-3777
   Fax: (619) 238-9914
4  Email: dcesq1@sbcglobal.net

5  Attorney for Defendant
   JOSE MARENTES-PICO
6

7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10           **(HONORABLE BARRY T. MOSKOWITZ)**

11  UNITED STATES OF AMERICA,           Criminal Case No. 07CR2917-BTM

12                          Plaintiff,
                                        **JOINT MOTION TO CONTINUE**
13  vs.                                 **SENTENCE HEARING DATE**

14  JOSE MARENTES-PICO,

15                          Defendant.

16

17       THE PARTIES, the Plaintiff, United States of America, by and through its counsel, Karen P.

18  Hewitt, United States Attorney, and Andrew Schopler, Assistant United States Attorney, for the

19  Southern District of California, and the defendant, JOSE MARENTES-PICO, by and through his

20  counsel, Daniel Casillas, jointly move to continue the Sentencing Hearing in this case from July 3,

21  2008, at 9:00 a.m., to August 8, 2008, at 8:30 a.m., before the Honorable BARRY T.

22  MOSKOWITZ.

23  Dated: June 30, 2008                      Dated: June 30, 2008

24

25   *s/Andrew Schopler*                       *s/Daniel Casillas*
    ANDREW SCHOPLER                          DANIEL CASILLAS
26  Assistant United States Attorney         Attorney for Defendant

27

28