# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 07CR2917-BTM |
| Plaintiff, ) | |
| ) | **ORDER CONTINUING** |
| ) | **SENTENCING HEARING** |
| v. ) | |
| ) | |
| JOSE MARENTES-PICO, ) | |
| ) | |
| Defendant. ) | |

FOR GOOD CAUSE, the parties' joint motion to continue the sentencing hearing presently set for July 3, 2008, at 9:00 a.m., is hereby GRANTED.  The  sentencing hearing shall be continued to August 8, 2008, at 8:30 a.m.

**IT IS SO ORDERED.**

DATED:  June 30, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge