1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **SOUTHERN DISTRICT OF CALIFORNIA**
10   UNITED STATES OF AMERICA          )    Criminal Case No. 07CR2917-BTM
                                       )
11                  Plaintiff,         )
                                       )    **ORDER  CONTINUING  SENTENCING**
12                                     )    **HEARING**
               v.                      )
13                                     )
                                       )
14   JOSE MARENTES-PICO,               )
                                       )
15                  Defendant.         )
                                       )
16
17        FOR GOOD CAUSE, the parties' joint motion to continue the sentencing hearing presently set
18   for August 8, 2008, at 8:30 a.m., is hereby GRANTED.  The  sentencing hearing shall be held on
19   September 17, 2008, at 10:00 a.m.
20        **IT IS SO ORDERED.**
21   DATED:  August 5, 2008
22                                          _____
                                            Honorable Barry Ted Moskowitz
23                                          United States District Judge
24
25
26
27
28