FILED

SEP 18 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　Plaintiff,　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>JOSE MARENTES-PICO,　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　Defendant.　　　)<br>　　　　　　　　　　　　　　　　) | Criminal Case No. 07CR2917-BTM<br><br>**ORDER CONTINUING SENTENCING HEARING** |

FOR GOOD CAUSE, the parties' joint motion to continue the sentencing hearing presently set for September 17, 2008, at 10:00 a.m., is hereby GRANTED. The sentencing hearing shall be held on October 27, 2008, at 9:00 a.m., before the Honorable BARRY T. MOSKOWITZ.

**IT IS SO ORDERED.**

DATED: September 18, 2008

_____
**BARRY T. MOSKOWITZ**
United States District Judge