# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR2917-BTM |
|---|---|
| Plaintiff, | ) |
| | ) **ORDER CONTINUING** |
| v. | ) **SENTENCING HEARING** |
| JOSE MARENTES-PICO, | ) |
| Defendant. | ) |

FOR GOOD CAUSE, the parties' joint motion to continue the sentencing hearing presently set for February 18, 2009, at 9:00 a.m., is hereby GRANTED. The sentencing hearing shall be held on April 3, 2009, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: February 13, 2009

_____
Honorable Barry Ted Moskowitz
United States District Judge